IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RAY WILLIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:10cv723-MHT |
| | ) | (WO) |
| COVINGTON CREDIT OF | ) | |
| ALABAMA, INC., a domestic | ) | |
| company, and EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, | ) | |
| a foreign limited | ) | |
| liability company, | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Ray Willis's motion to dismiss (doc. no. 6) is granted and that defendant Equifax Information Services, LLC and the claims against its are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  This case remains pending as to defendant Covington Credit of Alabama, Inc.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of September, 2010.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE