IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RAY WILLIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:10cv723-MHT |
| | ) | (WO) |
| COVINGTON CREDIT OF ALABAMA, INC., a domestic company, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, | ) ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Ray Willis's motion to dismiss (doc. no. 8) is granted and that defendant Covington Credit of Alabama, Inc. and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court may now close this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of November, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**